```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 03316
    IVAN BUTORAC
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER


          Debtor
     SSN XXX-XX-3589

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/02/2005 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  27.75% from remaining funds.

     The case was paid in full 01/28/2008.
-----------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
 CAPITAL ONE AUTO FIN    SECURED NOT I  NOT FILED           .00            .00
 CAPITAL ONE AUTO FINANCE UNSECURED       23905.28          .00       6633.24
 COUNTRYWIDE HOME LOANS  CURRENT MORTG        .00           .00            .00
 CAPITAL ONE             UNSECURED      NOT FILED           .00            .00
 WASHINGTON MUTUAL/CITIFI UNSECURED OTH    1343.33          .00        372.87
 HOUSEHOLD FINANCE       UNSECURED      NOT FILED           .00            .00
 HOUSEHOLD FINANCE CORP  NOTICE ONLY    NOT FILED           .00            .00
 MERRICK BANK            UNSECURED        1351.50           .00        375.01
 RESURGENT ACQUISITION LL UNSECURED       2342.40           .00        649.97
 CBUSA SEARS             NOTICE ONLY    NOT FILED           .00            .00
 LEDFORD & WU            DEBTOR ATTY      2,200.00                    2,200.00
 TOM VAUGHN              TRUSTEE                                        568.91
 DEBTOR REFUND           REFUND                                         300.00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
 TRUSTEE                   11,100.00

 PRIORITY                                          .00
 SECURED                                           .00
 UNSECURED                                    8,031.09
 ADMINISTRATIVE                               2,200.00
 TRUSTEE COMPENSATION                           568.91
 DEBTOR REFUND                                  300.00
                        ---------------    ---------------
 TOTALS                    11,100.00          11,100.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 03316 IVAN BUTORAC
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                                               PAGE   2
        CASE NO. 05 B 03316 IVAN BUTORAC
```